# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-1279

_____

Sir Arthur Heim for Citizens Suit, and United States of America,

*Plaintiff - Appellant*,

v.

U.S. Attorney General Eric Holder; Nebraska Attorney General John Brunning; Colorado Attorney General John Sutheral; Wyoming Attorney General Greg Philips; IRS; United States of America,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: July 3, 2013
Filed: July 22, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Arthur Heim appeals after the district court[1] dismissed his complaint and denied his numerous post-judgment motions. Having carefully reviewed the record, we conclude that we have jurisdiction to review only the district court's orders which (1) denied two post-judgment motions and restricted Heim from filing additional post-judgment motions, and (2) required him to pay the appellate filing fee or to file an in forma pauperis motion. See Dieser v. Cont'l Cas. Co., 440 F.3d 920, 923 (8th Cir. 2006) (timely notice of appeal is mandatory and jurisdictional). We further conclude that neither of those two orders is subject to reversal. See In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig., 496 F.3d 863, 866 (8th Cir. 2007) (denial of post-judgment motion is reviewed for abuse of discretion); In re Tyler, 839 F.2d 1290, 1293 (8th Cir. 1988) (per curiam) (court has discretion to place reasonable restrictions on litigant who files non-meritorious actions for obviously malicious purposes and who generally abuses judicial process); see also Fed. R. App. P. 3(e) (upon filing of notice of appeal, appellant must pay district clerk all required fees). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny all of Heim's pending motions.

———————————————————

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

-2-